```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-7-13
```

# Berger & Montague, P.C.
ATTORNEYS AT LAW

Shauna B. Itri
(215) 875-3049
(215) 875-4604
sitri@bm.net

**MEMO ENDORSED**

November 6, 2013

*SENT VIA FAX: 212-805-7949*

Hon. P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse, Room 2260
500 Pearl Street
New York, New York 10007

*[handwritten endorsement:]* Application to unseal Second Amended Complaint is granted. SO ORDERED. /s/ USDJ 11-6-13

Re: *United States et al. ex rel. Corporate Compliance Associates v. New York Society for the Relief of the Ruptured and Crippled*, et al., 07 Civ. 0292 (PKC)

Dear Judge Castel:

We represent the relator in the above-referenced *qui tam* action, which was filed pursuant to the False Claims Act, 31 U.S.C. § 3729 *et seq.*, as amended. Per your Order dated October, 30, 2013, (Dkt #26), the relator's application to unseal the above-referenced *qui tam* complaint was granted and it was ordered that the complaint be served within twenty-one (21) days. *See* Order dated October 30, 2013 (enclosed herewith).

The docket indicates that this complaint was unsealed, however, relator's counsel noted that the "Second Amended Complaint" filed in this this case has not yet been unsealed. Realtor's counsel called the clerk and was informed that the unsealing Order needs to be amended to state that the "Second Amended Complaint" be unsealed. Thus, through this correspondence, relator's counsel respectfully requests that the "Second Amended Complaint" be unsealed.

We thank the Court for its consideration of this matter.

Respectfully,

Shauna B. Itri, Esq.

# Berger&Montague,P.C.
ATTORNEYS AT LAW

cc: Amy Held, Esq. (amy.held@ag.ny.gov) (by electronic mail)
Rebecca Martin, Esq. (Rebecca.Martin@usdoj.gov) (by electronic mail)
Jean-David Barnea, Esq. (Jean-David.Barnea@usdoj.gov) (by electronic mail)
Daniel R. Miller, Esq. (dmiller@bm.net) (by electronic mail)
Phillip Michael, Esq. (phil.michael.law.group@gmail.com) (by electronic mail)