UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA, AND THE
STATE OF NEW YORK EX REL.
CORPORATE COMPLIANCE ASSOCIATES,
                      Plaintiffs,

-against-

NEW YORK SOCIETY FOR THE RELIEF OF
THE RUPTURED AND CRIPPLED,
MAINTAINING THE HOSPITAL FOR
SPECIAL SURGERY d/b/a HOSPITAL FOR
SPECIAL SURGERY, JOHN R. REYNOLDS
and MICHAEL H. KEMP,
                      Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2014
```

07 **CIVIL** 292 (PKC)

**JUDGMENT**

       The three defendant John R. Reynolds, the New York Society for the Relief of the Ruptured and Crippled, Maintaining the Hospital for Special Surgery d/b/a Hospital for Special Surgery (the "Hospital"), and Michael H. Kemp having individually moved to dismiss pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6) (Docket # 60, 64, 69), and the matter having come before the Honorable P. Kevin Castel, United States District Judge, and the Court, on August 7, 2014, having rendered its Memorandum and Order granting defendant's motions to dismiss and denying Corporate Compliance's applications to issue a subpoena against the United States and to file a Fifth Amended Complaint, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 7, 2014, defendant's motions to dismiss are granted and Corporate Compliance's applications to issue a subpoena against the United States and to file a Fifth Amended Complaint are denied.

**Dated:** New York, New York
August 11, 2014

RUBY J. KRAJICK
BY: Clerk of Court
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____